UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R#290089

IN RE:                                CASE NO.   05-19692-BKC-AJC
MAGALIS CAMEJO

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK



NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 153.37 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MAGALIS CAMEJO
207 NW 58 CT
MIAMI, FL 33126

MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

STERLING,INC DBA KAY JEWELERS
% TRAUNER, COHEN & THOMAS LLP
2880 DRESDEN DRIVE
ATLANTA, GA 30341

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  05-19692-BKC-AJC
MAGALIS CAMEJO

                                CHAPTER 13

MAGALIS CAMEJO

207 NW 58 CT
MIAMI, FL 33126


MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

STERLING,INC DBA KAY JEWELERS ---------$        153.37
% TRAUNER, COHEN & THOMAS LLP
2880 DRESDEN DRIVE                              UNDELIVERABLE/STALE
ATLANTA, GA 30341                               CLAIM REGISTER# 6-1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130